Filed 9/21/15  P. v. Tavanlar CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ELIGIO BATTAD TAVANLAR,<br><br>    Defendant and Appellant. | 2d Crim. No. B257130<br>(Super. Ct. No. 2013001034)<br>(Ventura County) |

Eligio Battad Tavanlar appeals from a judgment entered after he pled guilty to one count of conspiracy (Pen. Code, § 182, subd. (a)(1); three burglaries (*id.* §§ 459/460), eight identity thefts (*id.* § 530.5, subd. (a)); two driver's license forgeries (*id.* § 470a); and three other forgeries (*id.* § 470, subd. (d)).  The trial court denied his motion to withdraw his guilty plea and sentenced him to a stipulated term of nine years.

In 2012, appellant and his sister and codefendant Melendre Tavanlar acquired identification documents from multiple victims, manufactured false identification documents and checks, and cashed or attempted to cash the false checks.

We appointed counsel to represent appellant in this appeal.  After reviewing the record, counsel filed an opening brief raising no issues and requesting this court to independently examine the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436. We advised appellant that he had 30 days in which to submit a written brief or letter

stating any contentions or arguments he wished us to consider, but have received no reply.

We have examined the entire record. We are satisfied that appellant's appellate counsel has fully complied with his responsibilities and that no arguable issues exist. (*People v. Wende*, *supra*, 25 Cal.3d at p. 441; *People v. Kelly* (2006) 40 Cal.4th 106, 126.)

The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>

PERREN, J.

We concur:

GILBERT, P. J.

YEGAN, J.

2

Mark S. Borrell, Judge

Superior Court County of Ventura

_____

California Appellate Project, Jonathan B. Steiner, and Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.